1   ROBERT E. HESS (SBN 178042)
    rhess@hinshawlaw.com
2   Hinshaw & Culbertson LLP
    4675 MacArthur Court
3   Suite 545
    Newport Beach, CA 92660
4   Telephone:  949-757-2800
    Facsimile:   949-752-6313
5
    Attorneys for Defendant
6   METROPOLITAN LIFE INSURANCE COMPANY

7   DAVID ALLEN (SBN 87193)
    David Allen & Associates
8   5230 Folsom Boulevard
    Sacramento, CA 95819
9   Telephone:  916-455-5800
    Facsimile:   916-451-5687
10
    Attorneys for Plaintiff Debra Wilson
11

12              UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14  DEBRA WILSON,                       Case No. 2:17-cv-01543-JAM-AC

15              Plaintiff,              (Honorable John A. Mendez)

16      vs.                             STIPULATION AND ORDER
                                        DISMISSING ACTION WITH
17  METROPOLITAN LIFE INSURANCE         PREJUDICE
    COMPANY, and DOES 1 to 100,
18                                      Complaint Filed:   July 25, 2017
                Defendants.
19

20

21

22

23

24

25

26

27  / / /

28

HINSHAW & CULBERTSON LLP
4675 MacArthur Court
Suite 545
Newport Beach, CA 92660
949-757-2800

1  IT IS HEREBY STIPULATED by and between the Plaintiff, DEBRA

2  WILSON, and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, by

3  and through their respective attorneys of record, that the above-captioned action

4  shall be, and hereby is, dismissed with prejudice as to all parties and claims pursuant

5  to Federal Rules of Civil Procedure §41(a)(1)(A)(ii).  Each party shall bear its own

6  attorney's fees and costs.

7        As signatories to this Stipulation, and all parties on whose behalf the

8  filing is submitted, concur with the Stipulation's content and have authorized its

9  filing.IT IS SO STIPULATED.

10  DATED: _____        Hinshaw & Culbertson LLP

11                                By: /s/ _____ (as authorized on _____)
                                      ROBERT E. HESS
12                                    Attorneys for Defendant
                                      METROPOLITAN LIFE INSURANCE
13                                    COMPANY

14

15  DATED:                        David Allen & Associates

16                                By: /s/ _____ (as authorized on _____)
                                      DAVID ALLEN
17                                    Attorneys for Plaintiff DEBRA WILSON

18

19                                ORDER

20        Pursuant to the Stipulation of the parties, this matter is hereby is, dismissed

21  with prejudice as to all parties and claims pursuant to Federal Rules of Civil

22  Procedure §41(a)(1)(A)(ii).  Each party shall bear its own attorney's fees and costs.

23

24        IT IS ORDERED:

25  Dated:  7/2/2018                /s/ John A. Mendez_____
26                                  Honorable John A. Mendez

27

28                                    1

HINSHAW & CULBERTSON LLP
4675 MacArthur Court
Suite 545
Newport Beach, CA 92660
949-757-2800